# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| BEYER, LAURA T. | U.S. BANKRUPTCY COURT, WESTERN DISTRICT OF NORTH CAROLINA | 10/11/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| CHIEF BANKRUPTCY JUDGE | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☑ Amended Report | 01/01/2018<br>**to**<br>12/31/2018 |

**7. Chambers or Office Address**

CHARLES R. JONAS FEDERAL BUILDING
401 WEST TRADE ST.
CHARLOTTE NC 28202

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | ▨▨▨▨ Trust |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **BEYER, LAURA T.** | 10/11/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | Parker Poe Adams & Bernstein - Equity Partnership Draw |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Western District Bankruptcy Seminar | 5/4/2018 | Charlotte, NC | Seminar | Tuition, lunch, and parking |
| 2. | 41st Annual Bankruptcy Institute (NC Bar) | 11/2/2018 | Pinehurst, NC | Seminar | Tuition, stipend for hotel, mileage, and parking |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **BEYER, LAURA T.** | 10/11/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BEYER, LAURA T. | 10/11/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ▨▨▨▨▨▨▨ , LP | | | | | | | | | |
| 2. - Rental House 1, Tifton, GA | D | Rent | M | Q | | | | | |
| 3. - Rental House 2, Tifton, GA | C | Rent | M | Q | | | | | |
| 4. - Rental House 3, Tifton, GA | D | Rent | M | Q | | | | | |
| 5. - Rental House 4, Tifton, GA | D | Rent | L | Q | | | | | |
| 6. - South Georgia Bank Cash Account | A | Interest | K | T | | | | | |
| 7. ▨▨▨▨▨▨ Partnership | | | | | | | | | |
| 8. - Farm 1 (Davis Farm), Ashburn, GA (Farm 1 and Farm 3 merged) | E | Rent | P1 | W | | | | | |
| 9. - Farm 2 (Sunsweet Farm), Ashburn, GA | E | Rent | N | W | | | | | |
| 10. - South Georgia Bank Cash Account | A | Interest | K | T | | | | | |
| 11. - Wells Fargo Stock Account | | | | | | | | | |
| 12. -- AT&T Inc. | B | Dividend | J | T | | | | | |
| 13. -- Johnson & Johnson | B | Dividend | L | T | | | | | |
| 14. -- Novartis AG SPON ADR | | None | | | Sold | 06/14/18 | L | | |
| 15. -- Pepsico Inc. | A | Dividend | K | T | | | | | |
| 16. -- Pfizer Incorporated | A | Dividend | K | T | | | | | |
| 17. -- Proctor & Gamble Co. | B | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BEYER, LAURA T. | 10/11/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -- Coca-Cola Company | A | Dividend | K | T | | | | | |
| 19. -- Lowes Companies, Inc. | A | Dividend | K | T | | | | | |
| 20. -- VISA Inc. Class A | A | Dividend | L | T | Buy | 06/14/18 | L | | |
| 21. | | | | | Buy (add'l) | 12/21/18 | J | | |
| 22. Charles Schwab Brokerage Account (Schwab One Cash Account) | | None | | | Sold | 05/14/18 | J | | |
| 23. Northwestern Mutual Advisory Account | | | | | | | | | |
| 24. -- Europacific Growth Fund | A | Dividend | J | T | Sold (part) | 01/25/18 | J | A | |
| 25. -- DWS Enhanced Commodity Strategy Fund | A | Dividend | J | T | Buy (add'l) | 05/08/18 | J | | |
| 26. -- Dodge & Cox Int'l Fund | A | Dividend | J | T | | | | | |
| 27. -- Fidelity Advisor Mid Cap II Fund | A | Dividend | J | T | | | | | |
| 28. -- Fidelity Advisor New Insights Fund | A | Dividend | J | T | | | | | |
| 29. -- Franklin Federal Intermediate--Term Tax-Free Income Fund | A | Dividend | J | T | Buy (add'l) | 05/08/18 | J | | |
| 30. -- Fidelity Advisor Intermediate Muni Income Fund | A | Dividend | J | T | Buy (add'l) | 05/08/18 | J | | |
| 31. -- John Hancock Disciplined Value Mid Cap Fund | A | Dividend | J | T | | | | | |
| 32. -- MFS Value Fund | A | Dividend | K | T | Sold (part) | 01/25/18 | J | A | |
| 33. -- Northern Small Cap Value Fund | A | Dividend | J | T | | | | | |
| 34. -- T Rowe Price Emerging Markets Stock | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BEYER, LAURA T. | 10/11/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | -- T Rowe Price Real Estate | A | Dividend | J | T | | | | | |
| 36. | -- General Mny Mkt. Fund | A | Dividend | J | T | | | | | |
| 37. | -- New World Fund | A | Dividend | J | T | | | | | |
| 38. | Charles Schwab Bank Checking Account | A | Interest | J | T | | | | | |
| 39. | Charles Schwab Roth Contributory IRA | | | | | | | | | |
| 40. | -- Schwab 1000 Index Fund | A | Dividend | J | T | | | | | |
| 41. | -- Vanguard Growth & Income Fund Investor Shares | A | Dividend | J | T | | | | | |
| 42. | Charles Schwab Roth Contributory IRA | | | | | | | | | |
| 43. | -- Janus Growth & Incm CL T | A | Dividend | J | T | | | | | |
| 44. | -- Schwab 1000 Index Fund | A | Dividend | J | T | | | | | |
| 45. | Wells Fargo Cash Accounts | A | Interest | L | T | | | | | |
| 46. | Wells Fargo Retirement Savings Account | A | Interest | J | T | | | | | |
| 47. | Northwestern Mutual Rollover IRA | | | | | | | | | |
| 48. | -- American Century Diversified Bond | | None | | | Sold | 07/17/18 | J | | |
| 49. | -- DWS Enhanced Commodity Strategy Fund | A | Dividend | J | T | | | | | |
| 50. | -- Dodge & Cox Income Fund | A | Dividend | J | T | | | | | |
| 51. | -- Europacific Growth Fund | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BEYER, LAURA T. | 10/11/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -- Fidelity Advisor Mid Cap II Fund | A | Dividend | J | T | | | | | |
| 53. -- Fidelity Advisor New Insights Fund | A | Dividend | J | T | Sold (part) | 07/17/18 | J | | |
| 54. -- The Oakmark Int'l Fund | A | Dividend | J | T | | | | | |
| 55. -- The Oakmark Int'l Small Cap Fund | | None | | | Sold | 07/17/18 | J | | |
| 56. -- Hartford World Bond Fund | A | Dividend | J | T | | | | | |
| 57. -- John Hancock Disciplined Value Mid Cap Fund | A | Dividend | J | T | | | | | |
| 58. -- MFS Value Fund | A | Dividend | J | T | | | | | |
| 59. -- Northern Small Cap Value Fund | A | Dividend | J | T | | | | | |
| 60. -- Pimco Income Fund | A | Dividend | J | T | | | | | |
| 61. -- T. Rowe Price Real Estate | A | Dividend | J | T | | | | | |
| 62. -- New World Fund | A | Dividend | J | T | | | | | |
| 63. -- General Mny. Mkt. Fund | A | Dividend | J | T | | | | | |
| 64. -- TIAA CREF Bond Fund Advisor | A | Dividend | J | T | Buy | 07/17/18 | J | | |
| 65. -- Goldman Sachs Int'l Small Cap Insights Fund Class I | A | Dividend | J | T | Buy | 07/17/18 | J | | |
| 66. Parker Poe Adams & Bernstein 401(k) Profit Sharing | | | | | | | | | |
| 67. -- Amer Beacon Lrg Cap Value/Inst | | None | | | Sold | 09/05/18 | K | | |
| 68. -- Amer Century Small Cap Value Instl | | None | | | Sold | 09/05/18 | L | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| BEYER, LAURA T. | 10/11/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69.   -- Artisan Mid Cap Instl | | None | | | Sold | 09/05/18 | M | | |
| 70.   -- Baron Small Cap Instl | | None | | | Sold | 09/05/18 | L | | |
| 71.   -- JP Morgan Mid Cap Value R6 | | None | | | Sold | 09/05/18 | L | | |
| 72.   -- MainStay Large Cap Growth I | | None | | | Sold | 09/05/18 | M | | |
| 73.   -- American Funds Euro Pacific Gr R6 | | None | | | Sold | 09/05/18 | M | | |
| 74.   -- Vanguard Total Bond Market Index Admiral | | None | | | Sold | 09/05/18 | L | | |
| 75.   -- Wells Fargo Stable Return Fund F | | None | | | Sold | 09/05/18 | K | | |
| 76.   -- Wells Fargo/BlackRock S&P 500 Idx CLT F | | None | | | Sold | 09/05/18 | M | | |
| 77.   -- Wells Fargo Target 2035 CIT F | | None | | | Sold | 09/05/18 | J | | |
| 78.   MassMutual Parker Poe Adams & Bernstein 401(k) Profit Shg Plan & Trust | | | | | | | | | |
| 79.   -- Wells Fargo Stbl Rtn Fd (Gilliard) | A | Dividend | K | T | Buy | 09/05/18 | K | | |
| 80.   --BlackRock Lifepath Inx 2035 Fd | A | Dividend | P1 | T | Buy | 09/05/18 | P1 | | |
| 81.   Learning Quest 529 Moderate Portfolio | | None | M | T | | | | | |
| 82.   VA 529 Aggressive Portfolio | | None | M | T | | | | | |
| 83.   Guardian Whole Life Policy #1 | A | Dividend | J | T | | | | | |
| 84.   Guardian Whole Life Policy #2 | A | Dividend | J | T | | | | | |
| 85.   Guardian Whole Life Policy #3 | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BEYER, LAURA T. | 10/11/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Northwestern Mutual Whole Life Policy | A | Dividend | K | T | | | | | |
| 87. Proctor and Gamble Common Stock (X) | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **BEYER, LAURA T.** | 10/11/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII. INVESTMENTS AND TRUSTS

The income earned by the ▮▮▮▮▮▮▮▮▮▮▮▮ also includes rental income. The basis for the value of the rental houses under Part VII on lines 2 - 5 is the tax value as of December 31, 2013.

I. POSITIONS

I am not listing any positions in Part I related to the partnerships reported in Part VII on lines 1 and 7 as my interest is as a limited partner and a partner, respectively, and I have no managerial responsibilities. See Instructions, page 9.

Although I am a trustee of the ▮▮▮▮▮▮▮ Trust, I receive no income nor do I have beneficial interest in the principal or income from the Trust or estate. Therefore, there are no reportable assets in the Trust. See Instructions, page 48

Part VII, Line 22: Charles Schwab Brokerage Account: All assets liquidated and cash transferred to Northwestern Mutual Advisory Account.

Part VII, Line 66: Parker Poe Adams & Bernstein 401(k) Profit Sharing: All assets liquidated and cash transferred to Parker Poe Adams & Bernstein LLP 401(k) Profit Sharing Plan and Trust at MassMutual.

| Name of Person Reporting | Date of Report |
|---|---|
| BEYER, LAURA T. | 10/11/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ LAURA T. BEYER**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544